1  Roy Herrera (032907)
   roy@ha-firm.com
2  Daniel A. Arellano (032304)
   daniel@ha-firm.com
3  Jillian L. Andrews (034611)
4  jillian@ha-firm.com
5  Jane W. Ahern (034865)
   jane@ha-firm.com
6  Austin Marshall (036582)
7  austin@ha-firm.com
   HERRERA ARELLANO LLP
8  1001 North Central Avenue, Suite 404
   Phoenix, AZ 85004
9  Telephone: (602) 567-4820

10
   Aria C. Branch* (DC Bar #1014541)
11 abranch@elias.law
   Lalitha D. Madduri* (DC Bar #1659412)
12 lmadduri@elias.law
13 Christina Ford* (DC Bar #1655542)
   cford@elias.law
14 Mollie DiBrell* (DC Bar #90002189)
15 mdibrell@elias.law
   Daniel Cohen* (DC Bar #90001911)
16 dcohen@elias.law
17 ELIAS LAW GROUP LLP
   250 Massachusetts Ave. NW, Suite 400
18 Washington, DC 20001
   Telephone: (202) 968-4490
19 Facsimile: (202) 968-4498

20 *Attorneys for Plaintiffs*
   *Arizona Alliance for Retired Americans, Inc.*
21 *and Stephani Stephenson*

22 * *Pro Hac Vice* forthcoming

23
24                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF ARIZONA**
25

26 | ARIZONA ALLIANCE OF RETIRED AMERICANS, INC. and STEPHANI STEPHENSON, | No. 4:22-CV-00534-MSA |
27 |---|---|
   | Plaintiffs, | |
28

| | |
|---|---|
| v.<br><br>TOM CROSBY, ANN ENGLISH, and PEGGY JUDD, in their official capacities as the Cochise County Board of Supervisors,<br><br>Defendants. | **STIPULATED MOTION TO REMAND**<br><br>Hon. Maria S. Aguilar<br><br>Cochise County Superior Court Case No. CV202200552 |

The parties in this case have conferred and now stipulate to the remand of this case to Cochise County Superior Court. While Plaintiffs do not concede that this case was properly removed in the first place, the parties jointly respectfully request that this Court enter the attached proposed order remanding this case to Superior Court at the earliest possible date.

Respectfully submitted this 23rd day of December, 2022.

*/s/ Daniel J. McCauley (with permission)*   */s/ Jillian L. Andrews*

Daniel J. McCauley III
dan@mlo-az.com
6638 E Ashler Hills Drive
Cave Creek, AZ 85331
Telephone: (480) 595-1378

*Attorney for Defendants*

Roy Herrera
roy@ha-firm.com
Daniel A. Arellano
daniel@ha-firm.com
Jillian L. Andrews
jillian@ha-firm.com
Jane W. Ahern
jane@ha-firm.com
Austin Marshall
austin@ha-firm.com
HERRERA ARELLANO LLP
1001 North Central Avenue, Suite 404
Phoenix, AZ 85004
Telephone: (602) 567-4820

Aria C. Branch\*
abranch@elias.law
Lalitha D. Madduri\*
lmadduri@elias.law
Christina Ford\*
cford@elias.law
Mollie DiBrell\*
mdibrell@elias.law
Daniel Cohen\*
dcohen@elias.law
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490

\**Pro Hac Vice* forthcoming

*Attorneys for Plaintiffs Arizona Alliance for Retired Americans, Inc. and Stephani Stephenson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2022, I electronically transmitted a PDF version of this document for filing using the CM/ECF System. I further certify that a copy of the foregoing was sent via email this same date to:

Daniel J. McCauley III
MCCAULEY LAW OFFICES, P.C.
dan@mlo-az.com
*Counsel for Defendants Tom Crosby, Ann English, and Peggy Judd*

*/s/ Jillian L. Andrews*