# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance of Retired American Incorporated, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Tom Crosby, et al.,<br><br>    Defendants. | No. CV-22-00534-TUC-MSA<br><br>**ORDER** |

Before the Court is the parties' stipulated motion to remand. (Doc. 11.) Good cause appearing,

**IT IS ORDERED** that the motion (Doc. 11) is **granted**. This case is **remanded** to the Cochise County Superior Court (Case No. CV202200552). The Clerk of Court is directed to close this case.

Dated this 27th day of December, 2022.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge